# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

148694 & (123)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC: 148694
                                       COA: 306499
                                       Wayne CC: 11-004382-FC

MAURICE WILLIAMS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 16, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for miscellaneous relief is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014                

t0616                                                        Clerk